```
 1  STANLEY W. PACK
    P.O. Box 620834
 2  Las Vegas, NV 89162-0834
    (702) 453-5941                                    E-filed on 3/8/06.
 3
    TRUSTEE
 4
```

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | ) Case No. BK-S 05-22099 BAM |
|---|---|
| BRADLEY CRAIG<br>LAURA CRAIG, | ) IN PROCEEDINGS UNDER CHAPTER 7<br>)<br>) TRUSTEE'S MOTION TO SELL<br>) PROPERTY OF THE ESTATE, HIRE<br>) STOCK CONSULTANT AND PAY |
| Debtor(s) | ) COMMISSION<br>)<br>) Date: April 5, 2006<br>) Time: 11:00 a.m. |

**COMES NOW** Stan Pack, Chapter 7 Panel Trustee in the above-styled Bankruptcy proceeding, moves this Court for an Order to Sell Property Free and Clear of Liens and Encumbrances and Hire Stock Consultant and Pay Commission. This Motion is based upon the attached Points and Authorities, the entire case file and any oral argument this Court may wish to hear.

## POINTS AND AUTHORITIES

### I. FACTS

1. On October 14, 2005, Debtors filed their Voluntary Petition for Bankruptcy under Chapter 7 of Title 11 of the United States Code, and an Order for Relief was entered.

2. Stan Pack was appointed the Chapter 7 Trustee in the case and has acted in that capacity ever since his appointment.

3. Debtors own 20 shares of Safeco Corporation stock (a copy of the certificate is attached hereto as Exhibit 1).

4. The Trustee seeks to hire MICHAEL MILANO OF LPL FINANCIAL to liquidate

the stock, and to pay a Three percent (3%) commission directly out of proceeds of the sale.

No further confirmation of the sale shall be sought. The Trustee will file a Report of Sale with the Court.

## II. ARGUMENT

Any property of the Debtor becomes property of the estate, pursuant to 11 U.S.C. § 541(a). The Trustee is authorized to sell property of the Estate, after notice and a hearing, pursuant to 11 U.S.C. § 363(b)(1). The sale will be to the benefit of the creditors and is in the best interest of the Estate.

**WHEREFORE**, Chapter 7 Trustee, Stanley W. Pack, respectfully requests that this court grant his Motion to Sell Property Free and Clear of Liens and Encumbrances, Hire MICHAEL MILANO OF LPL FINANCIAL and Pay Commission, and for any further relief this Court may so deem to grant.

DATED this 8th day of March, 2006.

Respectfully Submitted:

/ s / Stanley Pack

STANLEY W. PACK
Chapter 7 Panel Trustee
P.O. Box 620834
Las Vegas, Nevada 89162
(702) 453-5941

EXHIBIT 1



SC0371128

## SAFECO CORPORATION
Seattle, Washington

ORGANIZED UNDER THE LAWS OF THE STATE OF WASHINGTON

THIS IS TO CERTIFY THAT,

BRADLEY D CRAIG

is the owner of

**TEN**

fully paid and non-assessable Common Stock of this corporation, of the par value of $5.00 each, transferable on the books of the corporation in person or by duly authorized attorney upon surrender of this certificate properly endorsed.

IN WITNESS WHEREOF, SAFECO CORPORATION has caused this certificate to be signed by its duly authorized officers. This certificate is not valid until countersigned by the Transfer Agent and Registrar.

Dated: APR 23, 1996

COUNTERSIGNED:
SEATTLE-FIRST NATIONAL BANK
TRANSFER AGENT AND REGISTRAR

BY: 
AUTHORIZED OFFICER

SAFECO CORPORATION

 Bruce Maines
BRUCE MAINES, PRESIDENT


W. D. HAMMERSLA, SECRETARY

CUSIP 786429 10 0

SEE REVERSE FOR CERTAIN DEFINITIONS

shares of the

402094

SC 402094

3093-74976

THIS IS TO CERTIFY THAT

BRADLEY D CRAIG
7300 SW SAGERT 42
TAULATIN OR 97062



**SAFECO CORPORATION**
Seattle, Washington

ORGANIZED UNDER THE LAWS OF THE STATE OF WASHINGTON

is the owner of **☆☆TEN☆☆**

fully paid and non-assessable Common Stock of this corporation, each without par value, transferable on the books of the corporation in person or by duly authorized attorney upon surrender of this certificate properly endorsed.

IN WITNESS WHEREOF, SAFECO CORPORATION has caused this certificate to be signed by its duly authorized officers. This certificate is not valid until countersigned by the Transfer Agent and Registrar.

Dated: JUNE 05, 1987

COUNTERSIGNED:
**MORGAN SHAREHOLDER SERVICES TRUST COMPANY**
TRANSFER AGENT AND REGISTRAR

BY: _[signature]_
AUTHORIZED OFFICER



☆☆10☆☆☆☆☆
☆☆☆10☆☆☆☆
☆☆☆☆10☆☆☆
☆☆☆☆☆☆10☆☆ shares of the

CUSIP 786429 10 0

SEE REVERSE FOR
CERTAIN DEFINITIONS



**SAFECO CORPORATION**

_[signature]_ Bruce Maines
BRUCE MAINES, PRESIDENT

_[signature]_
BOH A. DICKEY, SECRETARY

